UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Posco International America Corp., | : |
| Plaintiff, | : Court No. 24-00116 |
| v. | : |
| United States, | : |
| Defendant. | : |

## **STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS**

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protest and the action involved herein were filed within the time provided by law, and all liquidated duties, charges and exactions were paid prior to the commencement of the summons.

2. The imported merchandise covered by the entries set forth on Schedule A, attached, consists of hot-rolled steel flat products classified under subheading 7208.39.0030, Harmonized Tariff Schedule of the United States ("HTSUS"), from the Republic of Korea.

3. U.S. Customs and Border Protection assessed antidumping duties on the subject entries set forth in Schedule A at the rate of 11.1% *ad valorem* and countervailing duties at the rate of 0.54% *ad valorem*.

4. The stipulable imported merchandise in the entries set forth on Schedule A is subject to an antidumping duty rate of zero and a countervailing duty rate of zero.

Posco International America Corp., Court No. 24-00116, Stipulated Judgment

    5.    The imported merchandise, covered by the entries set forth in Schedule A, is stipulable in accordance with this agreement.

    6.    All other claims, if any, with respect to the subject entries are abandoned.

    7.    All refunds payable by reason of this judgment are to be paid with interest as provided for by law.

    8.    Each party will bear its own costs, attorney's fees, and expenses.

AGREED TO:

By: /s/ Joseph M. Spraragen
Joseph M. Spraragen
GRUNFELD, DESIDERIO,
LEBOWITZ, SILVERMAN &
KLESTADT LLP
599 Lexington Avenue
36th Floor
New York, New York 10022
Tel.: (212) 557-4000

*Attorneys for Plaintiff*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

By: _____ 2/12/26
JUSTIN R. MILLER
Attorney-in-Charge
International Trade Field Office

_____
ALEXANDER VANDERWEIDE
Senior Trial Counsel
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
202-598-0287

*Attorneys for Defendant*

Posco International America Corp., Court No. 24-00116, Stipulated Judgment

**IT IS HEREBY ORDERED** that this action is decided and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the subject entries and issue refunds in accordance with the stipulation of the parties set forth above.

_____<br>Judge

Date: _____

Posco International America Corp., Court No. 24-00116, Stipulated Judgment

## SCHEDULE A

| Entry Number | Entry Date |
|---|---|
| DQ702347161 | 01/30/2020 |
| DQ702377606 | 06/08/2020 |
| DQ702369314 | 05/05/2020 |
| DQ702368159 | 04/29/2020 |
| DQ702356790 | 03/13/2020 |
| DQ702356782 | 03/13/2020 |
| DQ702351932 | 02/21/2020 |

12937461_1